UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE
MDD_SAGchambers@mdd.uscourt.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

April 19, 2021

LETTER ORDER

    Re: John Moody, et al. v. Aldi Inc. (Maryland), et al.
        Civil Case No. SAG-19-3232

Dear Counsel:

    I have reviewed Plaintiff's Motion for Partial Summary Judgment as to Liability, ECF 22, and Defendant's Opposition, ECF 23. No reply was timely filed. No hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2018).

    This case presents a quintessential dispute of fact as to the precise location of the accident within the grocery store aisle. The location, in turn, is relevant to the question of contributory negligence, which is ordinarily a question of fact for the jury to decide. *See McQuay v. Schertle*, 126 Md. App. 556, 569, 730 A.2d 714 (1999). Viewing the evidence presented here in the light most favorable to the defendant, a jury could conclude that the plaintiff failed to exercise due care for his own safety by failing to observe the open, obvious and present danger of the fully loaded pallet jack approaching his location in the aisle at a slow rate of speed. Accordingly, this Court will not remove the question from the jury's purview. Plaintiff's Motion for partial summary judgment, ECF 22, is therefore DENIED.

    My chambers will provide information about a teleconference by separate order, to discuss further scheduling in this case.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                       Sincerely yours,

                                       /s/

                                     Stephanie A. Gallagher
                                     United States District Judge